**Opinion filed July 19, 2018**



In The

# Eleventh Court of Appeals
_____

## No. 11-18-00180-CR
_____

## IN RE THOMAS E. STAFFORD

**Original Mandamus Proceeding**

### MEMORANDUM OPINION

Relator, Thomas E. Stafford, has filed a pro se petition for writ of mandamus in this court. He requests mandamus relief related to the duties of the trial court and its clerk with respect to an Article 11.07 application for writ of habeas corpus. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015). We dismiss Relator's petition for want of jurisdiction.

We have no jurisdiction to grant the relief requested by Relator with respect to his pending Article 11.07 writ. *See Padieu v. Court of Appeals of Texas, Fifth Dist.*, 392 S.W.3d 115, 117–18 (Tex. Crim. App. 2013) (indicating that the Texas Court of Criminal Appeals has exclusive jurisdiction when an Article 11.07 application is pending). We have no authority to issue writs of mandamus in

criminal law matters pertaining to proceedings under Article 11.07. *In re McAfee*, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Should an applicant find it necessary to complain about the processing of an Article 11.07 application for writ of habeas corpus, the applicant may seek mandamus relief from the Court of Criminal Appeals. *See Benson v. District Clerk*, 331 S.W.3d 431 (Tex. Crim. App. 2011).

Relator's petition is dismissed for want of jurisdiction.

PER CURIAM

July 19, 2018

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1] Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.